United States District Court
Southern District of New York                              1:19-cv-11242-VM

| |
|---|
| Dawn Louis, Kyle Stevens individually and on behalf of all others similarly situated, |
|                     Plaintiffs, |
|                - against - |
| The Mochi Ice Cream Company, |
|                     Defendant |

Notice of Voluntary Dismissal

      Plaintiff Dawn Louis gives notice that her claims are voluntarily dismissed with prejudice.

Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 7, 2020

                                        Respectfully submitted,

                                        Sheehan & Associates, P.C.

                                        /s/Spencer Sheehan
                                        Spencer Sheehan
                                        505 Northern Blvd., Suite 311
                                        Great Neck, NY 11021
                                        (516) 303-0552
                                        spencer@spencersheehan.com
                                        E.D.N.Y. #  SS-8533
                                        S.D.N.Y. #  SS-2056

1:19-cv-11242-VM
United States District Court
Southern District of New York

Dawn Louis, Kyle Stevens, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

The Mochi Ice Cream Company,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 505 Northern Blvd., #311
   Great Neck, NY 11021
   Tel: (516) 303-0552
   Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: January 7, 2020

/s/ Spencer Sheehan
Spencer Sheehan